IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALAN COLE, #222150, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:03-cv-561-F |
| | ) WO |
| NAPHCARE MEDICAL SERVICES, INC., *et al.*, | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #15) to the Recommendation of the Magistrate Judge (Doc. #14) filed on August 29, 2005 is overruled;

2. The Recommendation of the Magistrate Judge entered on August 10, 2005 is adopted;

3. The motion for summary judgment filed by the defendants is GRANTED.

4. This case is DISMISSED with prejudice.

5. The costs of this proceeding are taxed against the plaintiff.

DONE this 31st day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE