IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALAN COLE, #222150, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NAPHCARE MEDICAL SERVICES, INC., )<br>*et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:03-cv-561-F<br>WO |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, that this action is dismissed with prejudice, and costs are taxed against the plaintiff.

DONE this 31st of August, 2005.

                                                        /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE